UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

C. TERRY GRIFFIN,

    Plaintiff,

v.                                                              CASE NO: 8:08-cv-733-T-26MSS

HARTFORD FIRE INSURANCE COMPANY,

    Defendant.
_____/

## **O R D E R**

Upon due consideration, it is ordered and adjudged as follows:

1) Defendant's Unopposed Motion to Stay Litigation (Dkt. 8) is granted.

2) All proceedings in this case, including discovery, are stayed pursuant to section 627.074(11), Florida Statutes, pending completion of a neutral evaluation by the Florida Department of Financial Services.

3) The Clerk is directed to administratively close this case during the pendency of the stay subject to the right of either party to file a motion to reopen upon completion of the neutral evaluation.

**DONE AND ORDERED** at Tampa, Florida, on May 8, 2008.

                                              s/*Richard A. Lazzara*
                                              **RICHARD A. LAZZARA**
                                              **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record